IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | ) | Case No. 11-1401 SC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff American Small Business League ("Plaintiff") filed this action against Defendant United States Department of the Navy ("Defendant"), bringing a claim for violation of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for wrongful withholding of agency records. ECF No. 1 ("Compl."). Defendant filed a Motion to Dismiss for lack of subject matter jurisdiction. ECF No. 11 ("Mot."). Defendant argues that the action is moot because the agency has produced all of the information requested by Plaintiff. Id. Plaintiff filed a Notice of Non-Opposition to the Motion, stating that "having received all the relief requested in the Complaint, [Plaintiff] agrees with Defendant the case is moot." ECF No. 18.

///

///

1   As Plaintiff does not oppose the Motion and agrees the case is
2  moot, Defendant United States Department of the Navy's Motion to
3  Dismiss is granted and Plaintiff American Small Business League's
4  Complaint is DISMISSED WITH PREJUDICE.

6   IT IS SO ORDERED.

8   Dated: September 15, 2011    
9                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2